1  ANTHONY E. PAGKAS, State Bar No. 186112
   CHRISTOPHER J. D'ANJOU, State Bar No. 234299
2  LAW OFFICES OF ANTHONY E. PAGKAS
   1570 The Alameda, Suite 215
3  San Jose, CA 95126
   Telephone: (408) 291-5401
4  Fax: (408) 291-5302

5  Attorneys for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
10

11 ERIC KLEEMEYER, DECEASED, SUSAN        Case No. C06-1523 JW
12 REARDON Individually and as Administratix
   of the Estate of ERIC KLEEMEYER,
13 Deceased, DANIEL KLEEMEYER, ADAM       STIPULATION AND ORDER
   KLEEMEYER
14              Plaintiffs,

15 vs.

16
   SANTA CLARA POLICE CHIEF STEPHEN
17 LODGE; SANTA CLARA POLICE
   OFFICER JEFF VADEN, SANTA CLARA
18 POLICE OFFICER DAWN MARINES,
   SANTA CLARA POLICE OFFICER CRAIG
19 MIDDLEKAUF, SANTA CLARA POLICE
   DEPARTMENT, CITY OF SANTA CLARA,
20 AND DOES 1-200

21              Defendants.

22

23      Counsel report that they have met and conferred regarding Federal Rule of Civil Procedure
24 26(f) conference and have reached the following stipulation:
25 1.   The parties shall meet and confer regarding initial disclosures on August 3, 2006 at 10:00
26      a.m. Counsel for plaintiff shall initiate the conference.
27 2.   The parties shall provide initial disclosures required by Federal Rule of Civil Procedure
28

                                          1
STIPULATION AND ORDER                                              Case No. C06-1523 JW

1 | 26(a)(1) to the respective parties no later than August 17, 2006.

Dated: July 12, 2006

_____
Noah G. Blechman
Attorneys for Defendants

Dated: July 11, 2006

_____
Christopher J. D'Anjou
Attorneys for Plaintiff

IT IS SO ORDERED:

Date: July 26, 2006

_____
Honorable James Ware

---

STIPULATION AND ORDER                                    2                                    Case No. C06-1523 JW