1  ANTHONY E. PAGKAS, State Bar No. 186112
   CHRISTOPHER D'ANJOU, State Bar No. 234299
2  THE LAW OFFICE OF ANTHONY E. PAGKAS
   75 E. Santa Clara St., Suite 1210
3  San Jose, CA 95113
   Telephone: (408) 291-5401
4  Facsimile: (408) 291-5302

5  Attorney for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT
9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
10

11  ERIC KLEEMEYER, DECEASED, SUSAN          Case No. C06-1523 JW
    REARDON Individually and as
12  Administratix of the Estate of ERIC      STIPULATION AND ORDER
    KLEEMEYER, Deceased, DANIEL              EXTENDING TIME FOR EXPERT
13  KLEEMEYER, ADAM KLEEMEYER                DISCLOSURES

14               Plaintiffs,

15  vs.

16
    SANTA CLARA POLICE CHIEF STEPHEN
17  LODGE; SANTA CLARA POLICE
    OFFICER JEFF VADEN, SANTA CLARA
18  POLICE OFFICER DAWN MARINES,
    SANTA CLARA POLICE OFFICER CRAIG
19  MIDDLEKAUF, SANTA CLARA POLICE
    DEPARTMENT, CITY OF SANTA CLARA,
20  AND DOES 1-200

21               Defendants.

22

23        Plaintiffs ERIC KLEEMEYER, et al. and defendant CITY OF SANTA CLARA,

24  through their respective attorneys, hereby stipulate to the following regarding expert disclosures:

    1.      The parties agree that each sides initial expert disclosures shall be due and lodged by
25
    June 8, 2007 rather than May 25, 2007 as set forth in Case Management Order for the
26
    above-mater.
27
    2.      The parties agree that the supplemental disclosures shall be due on June 22, 2007.
28

                                          1

05/25/2007 13:48 8255305875 Case 5:06-cv-01523-JW Document 26 MCNAMARA Filed 05/29/07 Page 2 of 2 PAGE 03/03

05/25/2007 11:43 FAX 19259390285    McNAMARA LAW FIRM    → SAN-MIGUEL    ☒003
05/25/2007 10:54    4082915382    PAGKAS LAW OFFICE    PAGE 03/03

1  IT IS SO STIPULATED.

2  Dated: May 25 2007

3

4                                    McNamara Law Firm

5                                    Jim Fitzgerald, III Esq. / Noah G. Blechman
                                     Attorneys for Defendants          Esq.

6

7  Dated: May 25 , 2007

8                                    THE LAW OFFICE OF ANTHONY PAGKAS

9

10                                   Christopher J. D'Aquin, Esq.
                                     Attorneys for Plaintiff

11  IT IS SO ORDERED

12  Dated: _____ May 29 _____, 2007

13

14                                   Hon. James Ware

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2

Stipulation Extending Time for Expert Witness Disclosure

                                    Case No. 06-1523 JW