ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER D'ANJOU, State Bar No. 234299
THE LAW OFFICE OF ANTHONY E. PAGKAS
75 E. Santa Clara St., Suite 1210
San Jose, CA 95113
Telephone: (408) 291-5401
Facsimile: (408) 291-5302

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ERIC KLEEMEYER, DECEASED, SUSAN REARDON Individually and as Administratix of the Estate of ERIC KLEEMEYER, Deceased, DANIEL KLEEMEYER, ADAM KLEEMEYER<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN, SANTA CLARA POLICE OFFICER DAWN MARINES, SANTA CLARA POLICE OFFICER CRAIG MIDDLEKAUF, SANTA CLARA POLICE DEPARTMENT, CITY OF SANTA CLARA, AND DOES 1-200<br><br>Defendants. | Case No. C06-1523 JW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERT WITNESSES** |

Plaintiffs ERIC KLEEMEYER, et al. and defendants CITY OF SANTA CLARA, et al. through their respective attorneys, hereby stipulate to the following regarding the disclosure of expert witnesses:

1. The parties agree that each party's expert witness disclosure shall be due and lodged on or by July 9, 2007 rather than June 8, 2007 as set forth in the Court Order dated May 29, 2007. The plaintiffs' expert in the area of "police use of force" recently passed away

1

Stipulation Extending Time for Expert Witness Disclosure                          Case No. 06-1523 JW

| | |
|---|---|
| 1 | and the parties have agreed to a thirty day extension to allow plaintiff to find a |
| 2 | replacement. The parties further agree that the defendants would be unfairly prejudiced |
| 3 | if required to disclose their experts and their reports while plaintiff seeks a replacement |
| 4 | expert in this area. |

2.  The parties further agree that any rebuttal expert witness disclosure shall be due and lodged no later than fourteen (14) days after expert witness disclosures or July 23, 2007.

IT IS SO STIPULATED.

Dated: June 7, 2007

McNamara Law Firm

Noah G. Blechman, Esq.
Attorneys for Defendants

Dated: June 7, 2007

THE LAW OFFICE OF ANTHONY PAGKAS

Christopher J. D'Anjou, Esq.
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: June 8, 2007

Hon. James Ware

---

2

Stipulation Extending Time for Expert Witness Disclosure                Case No. 06-1523 JW