1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA
7  CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA
   POLICE OFFICER DAWN MARINES; SANTA CLARA
8  POLICE SGT. CRAIG MIDDLEKAUFF; AND THE CITY OF
   SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KLEEMEYER. DECEASED, SUSAN REARDON Individually and as Administratix of the Estate of ERIC KLEEMEYER, Deceased, DANIEL KLEEMEYER, ADAM KLEEMEYER,<br><br>    Plaintiffs,<br><br>vs.<br><br>SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE OFFICER CRAIG MIDDLEKAUF, SANTA CLARA POLICE DEPARTMENT, CITY OF SANTA CLARA, AND DOES 1-200,<br><br>    Defendants. | Case No. C06-1523JW<br><br>STIPULATION AND PROPOSED ORDER CONTINUING DEADLINES FROM OCTOBER 25, 2006, SCHEDULING ORDER<br><br>Trial Setting Conference:   Oct. 29, 2007 |

IT IS HEREBY STIPULATED between the parties that due to an unanticipated significant discovery setback, the parties agree that the current deadlines from the Court's October 25, 2006, Scheduling Order need to be modified per the proposed modified schedule below. Essentially, one of the officers involved in the shooting incident pertaining to this

STIPULATION AND ORDER CONTINUING DEADLINES
FROM SCHEDULING ORDER - C06-1523JW

wrongful death case, Officer Dawn Marines, was diagnosed with a significant form of cancer in or around April/May of 2007 Since her diagnosis, Officer Marines has undergone further diagnosis and ongoing cancer treatments, making the scheduling and completion of her deposition an impossibility. Recently, Officer Marines underwent major surgery to attempt to address the cancer issue. Now, Officer Marines is undergoing post-surgery cancer treatments which have significantly impacted her ability to undergo a deposition in this matter at this point.

To date, due to Officer Marines unexpected medical problem, her deposition has not been able to be scheduled and completed as of yet. This unexpected discovery impediment has set the pace of this case back several months. The other two involved officers, Officer Vaden and Sgt. Middlekauff, have previously been deposed and their depositions have been completed.

The taking and completion of the deposition of Officer Marines is the only other significant percipient witness discovery needing to be completed in this case. To that extent, however, the parties agree that most, if not all, of the retained experts' opinions on both sides in this case will need to review and evaluate the deposition testimony of Officer Marines.

To ensure that the parties keep this case moving forward, the parties have agreed to disclose experts per Rule 26 and lodge such reports by July 11, 2007 (a two day stipulated extension between the parties from the previously ordered deadline of July 9th), on the condition that such experts can provide supplemental reports following the deposition of Officer Marines, if such testimony changes or calls for a need to add to any such opinions. However, all parties agree that most expert depositions, if reliant upon Officer Marines' testimony, should not go forward until after Officer Marines' deposition is completed and the experts have a chance to lodge any such supplemental reports.

Further, as currently set, the deadline to file any dispositive motions in this case would be only two court days following the tentatively scheduled deposition of Officer Marines which may be set for August 16, 2007. This is an accommodation as Officer Marines is not scheduled to come back to work for the City of Santa Clara until September of 2007 at the earliest. Such impacted discovery and dispositive motion filing deadlines are impractical and prejudicial to the parties as currently framed in light of Officer Marines' illness.

Due to the two month or so discovery set back from the unpredicted illness and unavailability of Officer Marines, the parties now propose that the Court's October 25, 2006, Scheduling Order filed in this case be modified as follows. Should the Court need to move these dates back even further for its own scheduling purposes, the parties are amenable to such modification.

### ~~Proposed~~ Modified Case Schedule

| | |
|---|---|
| Preliminary Pretrial Conference and Trial Setting Conference at 10 a.m. (¶ 12 of Original Scheduling Order) | December 17, 2007 |
| Preliminary Pretrial Conference Statements Due (¶ 11) | December 10, 2007 |
| Last Date for Hearing Dispositive Motions (¶ 10) (42 days before Preliminary Pretrial Conference) | November 5, 2007 |
| Close of Discovery (¶ 9) | September 21, 2007 |
| Deadline to Lodge Supplemental Reports of Experts Following Deposition of Officer Marines | August 27, 2007 |

**IT IS SO STIPULATED.**

LAW OFFICES OF ANTHONY E. PAGKAS

Dated: July ____, 2007   By: _____
Anthony E. Pagkas, Esq.
Christopher D'Anjou, Esq.
Attorneys for Plaintiffs

STIPULATION AND ORDER CONTINUING DEADLINES      3
FROM SCHEDULING ORDER - C06-1523JW

1  Due to the two month or so discovery set back from the unpredicted illness and
2  unavailability of Officer Marines, the parties now propose that the Court's October 25, 2006,
3  Scheduling Order filed in this case be modified as follows. Should the Court need to move these
4  dates back even further for its own scheduling purposes, the parties are amenable to such
5  modification.

### Proposed Modified Case Schedule

| | |
|---|---|
| Preliminary Pretrial Conference and Trial Setting Conference at 10 a.m. (¶ 12 of Original Scheduling Order) | December 17, 2007 |
| Preliminary Pretrial Conference Statements Due (¶ 11) | December 10, 2007 |
| Last Date for Hearing Dispositive Motions (¶ 10) (42 days before Preliminary Pretrial Conference) | November 5, 2007 |
| Close of Discovery (¶ 9) | September 21, 2007 |
| Deadline to Lodge Supplemental Reports of Experts Following Deposition of Officer Marines | August 27, 2007 |

IT IS SO STIPULATED.

LAW OFFICES OF ANTHONY E. PAGKAS

Dated: July 10, 2007        By: _____
                                Anthony E. Pagkas, Esq.
                                Christopher D'Anjou, Esq.
                                Attorneys for Plaintiffs

Dated: July 16, 2007

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ James V. Fitzgerald, III
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE SGT. CRAIG MIDDLEKAUFF; AND THE CITY OF SANTA CLARA

### ORDER

The parties have demonstrated good cause to modify the Court's October 25, 2006, Scheduling Order in this matter as follows:

#### Modified Case Schedule

| | |
|---|---|
| Preliminary Pretrial Conference and Trial Setting Conference at 10 a.m. (¶ 12 of Original Scheduling Order) | December 17, 2007 |
| Preliminary Pretrial Conference Statements Due (¶ 11) | December 10, 2007 |
| Last Date for Hearing Dispositive Motions (¶ 10) (42 days before Preliminary Pretrial Conference) | November 5, 2007 |
| Close of Discovery (¶ 9) | September 21, 2007 |
| Deadline to Lodge Supplemental Reports of Experts Following Deposition of Officer Marines | August 27, 2007 |

IT IS SO ORDERED.

Dated: July 16, 2007

By: /s/ James Ware
Honorable James Ware
United States District Court Judge