UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC KLEEMEYER ET AL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SANTA CLARA POLICE CHIEF )<br>STEPHEN LODGE ET AL, )<br>)<br>Defendants. )<br>_____ ) | Case No.: C-06-1523 JW  PVT<br><br>**ORDER GRANTING STIPULATED REQUEST FOR *IN CAMERA* REVIEW OF PERSONNEL RECORDS** |

On July 10, 2007, the parties filed a stipulation and request for an *in camera* review of personnel records.[1] Based on stipulation and request,

IT IS HEREBY ORDERED that:

1. The request for *in camera* review is Granted; and
2. Defendants shall submit **copies** of the personnel records for the court to review no later than August 3, 2007.

Dated: July 23, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*