UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC KLEEMEYER ET AL )<br>)<br>　　　　　Plaintiffs, )<br>)<br>v. )<br>)<br>SANTA CLARA POLICE CHIEF )<br>STEPHEN LODGE ET AL, )<br>)<br>　　　　　Defendants. )<br>_____ ) | Case No.: C-06-1523 JW  PVT<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME FOR MOTION TO COMPEL DEPOSITION AND DENYING MOTION TO EXTEND DISCOVERY DEADLINES** |

On September 17, 2007, Plaintiffs filed a Motion to shorten time for a Motion to compel the deposition of Defendant Police Chief Stephen Lodge and to extend the discovery deadline in this case.[1] Plaintiffs argue that a motion to shorten time is necessary in order to complete the discovery prior to the September 21, 2007 deadline for discovery in this case.  Civil Local Rule 26-2 allows a party to file a motion to compel discovery up to seven court days after the close of discovery.  Accordingly, a Motion to shorten time is not necessary to allow for the motion to be heard and the discovery had.  Similarly, an extension of the discovery deadline is not warranted.

Plaintiffs also argue that shortened time is necessary in order to complete the deposition in time for the information to be available for any dispositive motions.  The deadline for hearing

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 dispositive motions is November 5, 2007.  Thus, good cause exists to shorten time for the motion
2 to compel.
3       Accordingly, IT IS HEREBY ORDERED that:
4           1.    The Motion to Shorten Time is Granted;
5           2.    The Motion is deemed Filed and any Opposition shall be filed no later
6           than September 25, 2007;
7           3.    No Reply brief shall be filed and no hearing held on this matter absent
8           further order of the Court. See Civ. L.R. 7-1(b); and
9           4.    The Motion to extend discovery deadline is Denied.
10       IT IS SO ORDERED.
11 Dated:  September 19, 2007

                                 */s/ Patricia V. Trumbull*
                                 _____
                                 PATRICIA V. TRUMBULL
                                 United States Magistrate Judge