1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendants
    SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA
7   CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA
    POLICE OFFICER DAWN MARINES; SANTA CLARA
8   POLICE SGT. CRAIG MIDDLEKAUFF; AND THE CITY OF
    SANTA CLARA



9/21/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KLEEMEYER. DECEASED, SUSAN REARDON Individually and as Administratix of the Estate of ERIC KLEEMEYER, Deceased, DANIEL KLEEMEYER, ADAM KLEEMEYER,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE OFFICER CRAIG MIDDLEKAUF, SANTA CLARA POLICE DEPARTMENT, CITY OF SANTA CLARA, AND DOES 1-200,<br><br>Defendants. | Case No. C06-1523 JW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DEADLINES FROM OCTOBER 25, 2006, AND JULY 16, 2007, SCHEDULING ORDERS<br><br>Current Trial<br>Setting Conference:    Dec. 17, 2007 |

IT IS HEREBY STIPULATED between the parties that due to an unanticipated difficulty with the scheduling of Defendants' dispositive motion per the Court's unavailability for a motion date within our current deadlines, the parties agree that the current deadlines from the Court's October 25, 2006, Scheduling Order, as further modified by the Court's July 16, 2007, Modified

Scheduling Order, need to be modified per the proposed modified schedule below.

Essentially, Defendants are preparing to file a dispositive motion in this case. Currently, the last day to hear dispositive motions is November 5, 2007, per the modified order of the Court of July 16, 2007. In anticipation of such a deadline, on September 10th, about three weeks prior to our deadline to file the dispositive motion, defense counsel's secretary, Ms. Sabrina Ahia, attempted to contact Your Honor's clerk to inquire about any conflicts with setting the dispositive motion hearing on November 5th, the last such date to hear the motion per the most recent scheduling order. The next day, September 11th, Your Honor's clerk informed Ms. Ahia that the Court was not available on November 5th and that the first availability for such a hearing was not until December 3, 2007, almost a month after our current deadline. We did not anticipate such a significant scheduling problem and are now seeking to have the Court continue the deadline to hear dispositive motions until December 3, 2007, the first available date on the Court's calendar, and continue the corresponding Pre-Trial Conference and related deadlines. This modification will not change the current deadline for the close of discovery of September 21, 2007.

As the Court is aware from the prior Order of July 16, 2007, the discovery in this case was complicated by the severe health problem of Defendant Dawn Marines. Since that modified order, her deposition has been taken and expert discovery depositions are in the process of being completed. This discovery set back also complicated the preparation and finalization of the dispositive motion. **However**, should the Court wish to stick to the currently set deadlines and will make an allowance for the hearing of Defendants' dispositive motion on November 5th, Defendants are prepared to file the motion per the current notice requirements of FRCP and the Local Rules for setting a motion on November 5th. Otherwise, the proposed modified case schedule listed below is sought as follows. Should the Court need to move these dates back even further for its own scheduling purposes, the parties are amenable to such modification. This is only the second such request to modify the Court's original scheduling order and good cause is present for such modification due to the unanticipated complication in scheduling the motion.

///

STIPULATION AND ORDER CONTINUING DEADLINES          2
FROM SCHEDULING ORDERS - C06-1523JW

### New Proposed Modified Case Schedule

| | |
|---|---|
| Preliminary Pretrial Conference and Trial Setting Conference at 10 a.m. (¶ 12 of Original Scheduling Order) | January 28, 2008 |
| Preliminary Pretrial Conference Statements Due (¶ 11) | January 18, 2007 |
| Last Date for Hearing Dispositive Motions (¶ 10) (42 days before Preliminary Pretrial Conference) | December 17, 2007 |

**IT IS SO STIPULATED.**

LAW OFFICES OF ANTHONY E. PAGKAS

Dated: September 19, 2007      By: _____
                                    Anthony E. Pagkas, Esq.
                                    Christopher D'Anjou, Esq.
                                    Attorneys for Plaintiffs

Dated: September 19, 2007      MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES & BROTHERS LLP

                               By: _____
                                    James V. Fitzgerald, III
                                    Noah G. Blechman
                                    Attorneys for Defendants
                                    SANTA CLARA POLICE CHIEF STEPHEN LODGE;
                                    SANTA CLARA POLICE OFFICER JEFF VADEN;
                                    SANTA CLARA POLICE OFFICER DAWN
                                    MARINES; SANTA CLARA POLICE SGT. CRAIG
                                    MIDDLEKAUFF; AND THE CITY OF SANTA
                                    CLARA

///

## ORDER AS MODIFIED

The parties have demonstrated good cause to modify the Court's October 25, 2006, and July 16, 2007, Scheduling Orders in this matter as follows:

### Modified Case Schedule

| | |
|---|---|
| Preliminary Pretrial Conference and Trial Setting Conference at 10 a.m. (¶ 12 of Original Scheduling Order) | February 25, 2008 at 11:00 AM |
| Preliminary Pretrial Conference Statements Due (¶ 11) | February 15, 2008 |
| Last Date for Hearing Dispositive Motions (¶ 10) (42 days before Preliminary Pretrial Conference) | December 17, 2007 |

**IT IS SO ORDERED.**

Dated: September 21, 2007

By: _____
Honorable James Ware
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED — Judge James Ware*