UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC KLEEMEYER ET AL )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>SANTA CLARA POLICE CHIEF )<br>STEPHEN LODGE ET AL, )<br>)<br>  Defendants. )<br>_____ ) | Case No.: C-06-1523 JW  PVT<br><br>**ORDER DENYING AS MOOT MOTION TO COMPEL DEPOSITION** |

On September 17, 2007, Plaintiffs filed a Motion to shorten time for a Motion to compel the deposition of Defendant Police Chief Stephen Lodge and to extend the discovery deadline in this case.[1] On September 19, 2007, the Court granted the Motion to shorten time and denied the Motion to extend the discovery deadline. On September 25, 2007, Plaintiffs informed the Court by letter that the deposition issue has been resolved. Accordingly, It Is Hereby Ordered that the Motion to compel the deposition of Defendant Police Chief Stephen is DENIED as moot.

IT IS SO ORDERED.

Dated: September 26 , 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*