JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE SGT. CRAIG MIDDLEKAUFF; AND THE CITY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KLEEMEYER. DECEASED, SUSAN REARDON Individually and as Administratix of the Estate of ERIC KLEEMEYER, Deceased, DANIEL KLEEMEYER, ADAM KLEEMEYER,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE OFFICER CRAIG MIDDLEKAUF, SANTA CLARA POLICE DEPARTMENT, CITY OF SANTA CLARA, AND DOES 1-200,<br><br>Defendants. | Case No. C06-1523 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL SETTING CONFERENCE AND SETTING BRIEFING SCHEDULE IN RELATION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>MSJ Hearing Date:   February 4, 2008<br><br>Pre-Trial Setting Conference:   February 25, 2008 |

IT IS HEREBY STIPULATED between the parties as follows:

1. Defendants filed a dispositive motion on November 8, 2007, setting the hearing date for the motion on December 17, 2007.

2. On November 9, 2007, Your Honor's courtroom deputy, Ms. Garcia, issued an order

1  continuing the date for the hearing on Defendants' dispositive motion to February 4, 2008.

3. The parties agree that a briefing schedule for this dispositive motion is appropriate in light of the fact that the hearing date was continued several months, per the proposed schedule indicated below.

4. Currently, this matter is scheduled for its Preliminary Pretrial Conference and Trial Setting Conference for February 25, 2008, only three weeks after the newly set hearing date on Defendants' dispositive motion.

5. The parties believe that the Court may need a reasonable period of time following the hearing to issue an order in relation to Defendants' dispositive motion and the parties are also aware that issues determined in relation to the dispositive motion may have a direct impact on trial related issues to be discussed by the parties prior to the Preliminary Pretrial Conference and Trial Setting Conference per the Court's Scheduling Order, as well as trial issues that may arise at the conference.

6. As such, the parties also agree that the Court should continue the currently set Preliminary Pretrial Conference and Trial Setting Conference from February 25th to March 10, 2008, to accommodate the continued dispositive motion hearing date.

7. Good cause is present to set this proposed briefing schedule and to continue the Preliminary Pretrial Conference and Trial Setting Conference from February 25, 2008, to March 10, 2008.

**Proposed Dispositive Motion Briefing Schedule and Preliminary Pretrial Conference Deadlines and Conference Date**

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Dispositive Motion due filed. | December 19, 2007 |
| Defendants' Reply Brief in support of Dispositive Motion due filed. | January 9, 2008 |
| Preliminary Pretrial Conference Statements Due (¶ 11 of Original Scheduling Order) | February 29, 2008 |
| Preliminary Pretrial Conference and Trial Setting Conference at 11 a.m. (¶ 12 of Original Scheduling Order) | March 10, 2007 |

**IT IS SO STIPULATED.**

STIPULATION AND ORDER CONTINUING PRETRIAL      2
CONFERENCE AND SETTING MSJ BRIEFING SCHEDULE
- C06-1523JW

| | | |
|---|---|---|
| | | LAW OFFICES OF ANTHONY E. PAGKAS |
| Dated: November ___, 2007 | By: | *See Attached* |
| | | Anthony E. Pagkas, Esq. |
| | | Christopher D'Anjou, Esq. |
| | | Attorneys for Plaintiffs |

Dated: November 16, 2007          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE SGT. CRAIG MIDDLEKAUFF; AND THE CITY OF SANTA CLARA

## ORDER

The parties have demonstrated good cause to set the following briefing schedule on Defendants' dispositive motion filed November 8, 2007, now set to be heard on February 4, 2008, as well as to continue the Preliminary Pretrial Conference and Trial Setting Conference and deadlines, as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Dispositive Motion due filed. | December 19, 2007 |
| Defendants' Reply Brief in support of Dispositive Motion due filed. | January 9, 2008 |
| Preliminary Pretrial Conference Statements Due (¶ 11 of Original Scheduling Order) | February 29, 2008 |
| Preliminary Pretrial Conference and Trial Setting Conference at 11 a.m. (¶ 12 of Original Scheduling Order) | March 10, 2007 |

**IT IS SO ORDERED.**

Dated: _____November 19_____, 2007

By: *James Ware*
Honorable James Ware
United States District Court Judge

|   |   |   |
|---|---|---|
| Dated: November _16_, 2007 | By: | LAW OFFICES OF ANTHONY E. PAGKAS<br>*[signature]*<br>Anthony E. Pagkas, Esq.<br>Christopher D'Anjou, Esq.<br>Attorneys for Plaintiffs |
| Dated: November ___, 2007 | | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| | By: | _____<br>James V. Fitzgerald, III<br>Noah G. Blechman<br>Attorneys for Defendants<br>SANTA CLARA POLICE CHIEF STEPHEN LODGE; SANTA CLARA POLICE OFFICER JEFF VADEN; SANTA CLARA POLICE OFFICER DAWN MARINES; SANTA CLARA POLICE SGT. CRAIG MIDDLEKAUFF; AND THE CITY OF SANTA CLARA |

## ORDER

The parties have demonstrated good cause to set the following briefing schedule on Defendants' dispositive motion filed November 8, 2007, now set to be heard on February 4, 2008, as well as to continue the Preliminary Pretrial Conference and Trial Setting Conference and deadlines, as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Dispositive Motion due filed. | December 19, 2007 |
| Defendants' Reply Brief in support of Dispositive Motion due filed. | January 9, 2008 |
| Preliminary Pretrial Conference Statements Due (¶ 11 of Original Scheduling Order) | February 29, 2008 |
| Preliminary Pretrial Conference and Trial Setting Conference at 11 a.m. (¶ 12 of Original Scheduling Order) | March 10, 2007 |

**IT IS SO ORDERED.**

Dated: _____, 2007

By: _____
Honorable James Ware
United States District Court Judge

STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND SETTING MSJ BRIEFING SCHEDULE - C06-1523JW    3